IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　Plaintiff, )<br>v. )<br>　　　　　　　　　　　　　　　 )<br>FRANKIE MILLER, )<br>　　　　Defendant. ) | Cr. No. 05-10056-02-T |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have **FRANKIE MILLER**, now being detained in the Gibson County Jail, appear before the Honorable S. Thomas Anderson on _FRIDAY, 08-19-05_, at _2:00_ a.m./p.m. for initial appearance for such other appearances as this Court may direct.

Respectfully submitted this _26th_ day of July 2005.

_____
JAMES W. POWELL
Assistant U. S. Attorney

### ORDER

Upon consideration of the foregoing Application,

David Jolley, U.S. Marshall, Western District of Tennessee, and Gibson County Sheriff:

**YOU ARE HEREBY COMMANDED** to have **FRANKIE MILLER**, appear before the Honorable S. Thomas Anderson at the date and time aforementioned.

ENTERED this _29th_ day of _July_ 2005.

_____
S. THOMAS ANDERSON
United States Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _08-05-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 1:05-CR-10056 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT