IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



UNITED STATES OF AMERICA

vs                                              CR NO. 1:05-10056-02-T

FRANKIE MILLER

### ORDER ON CHANGE OF PLEA

This cause came on to be heard on October 6, 2005, Assistant U. S. Attorney, James W. Powell, appearing for the government, and the defendant appeared in person and with counsel, Bob C. Hooper, who was appointed.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered and entered a plea of GUILTY as charged in Counts 2 and 3 of the Indictment.

This case has been set for sentencing on **Friday, January 6, 2006 at 8:45 A.M.**

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 7 October 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  10-11-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 61 in case 1:05-CR-10056 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Bob C. Hooper
LAW OFFICES OF DAVID CAMP, PLLC
250 N. Parkway
Ste. 29
Jackson, TN 38305

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT